The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA JOHNSON, | No. 2:19-CV-00794-MJP |
| Plaintiff, | |
| Vs. | ORDER TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION |
| PROVIDENCE HEALTH & SERVICES, | |
| Defendant. | |

## I. ORDER

The parties, having stipulated to the voluntary dismissal of Plaintiff's claim brought under the Americans With Disabilities Act and all associated requests for relief, and having stipulated there are no remaining claims or defenses that involve the United States Constitution or any federal laws, and finding that the parties lack complete diversity, the Court finds that there is no basis for federal jurisdiction over this matter and ORDERS that

ORDER - 1
2:19-CV-00794-MJP

BEAN LAW GROUP
Denny Building, Suite 500
2200 Sixth Avenue
Seattle, WA 98121
(206) 522-0618

the case be remanded back to the forum where it was originally filed, the King County Superior Court in Seattle, Washington.

DATED this 16th day of JANUARY, 2020:

HON. MARSHA J. PECHMAN,
UNITED STATES DISTRICT JUDGE

Presented by:

BEAN LAW GROUP

*/s/Cody Fenton-Robertson*
Matthew J. Bean, WSBA No. 23221
Cody Fenton-Robertson, WSBA No. 47879
*Attorneys for Plaintiff*


DAVIS WRIGHT TREMAINE

*/s/Katie Rosen*
Katie Rosen, WSBA No. 29465
Jordann M. Hallstrom, WSBA No. 48036
*Attorneys for Defendant*

ORDER - 2
2:19-CV-00794-MJP

BEAN LAW GROUP
Denny Building, Suite 500
2200 Sixth Avenue
Seattle, WA 98121
(206) 522-0618